```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DANIEL CLAY WILKERSON SR.**                                  CIVIL ACTION

**VERSUS**                                                     NO. 06-3044

**JUDGE WALTER I. LANIER III ET AL.**                          SECTION "B" (2)


**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in the complaint be **DISMISSED WITHOUT PREJUDICE** to the plaintiff's ability to file a proper habeas corpus proceeding after exhaustion of state court remedies.

New Orleans, Louisiana, this 26th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE